

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Chambers County, Texas v. Pelco Construction Company

Appellate case number:    01-18-00832-CV

Trial court case number:  CV26356

Trial court:                      344th District Court of Chambers County

      Appellee Pelco Construction Company filed a motion for rehearing. After consideration, the panel **denies** the motion for rehearing.

      It is so ORDERED.

Judge's signature: /s Sherry Radack
                 Acting for the Court

Panel consists of Chief Justice Radack and Justice Hightower.

Date:  _February 10, 2022_____